# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No.  **14-CV-62419-Cohn/Seltzer**

# The attached hand-written document
# has been scanned and is
# also available in the
# SUPPLEMENTAL
# PAPER FILE

(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: ___14-CV-62419-Cohn/Seltzer___

_Diane Mc Bride_ _____

_____
Plaintiff(s)

v.

_Reit Management & Research_ _____

_____

_____
Defendant(s)

---

FILED by _____ D.C.

OCT 2 1 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

---

## _Complaint_

_(TITLE OF DOCUMENT)_

I, _Diane Mc Bride_ _____ plaintiff or defendant, in the above styled cause, _Experienced_ Wrongful Termination with Retaliation Harrassment and Employment Discrimination.

1. On July 19, 2013 I Filed A Discrimination Charge Against my Employer with EEOC

2. On August 23, 2013 I was Suspended from my Job without pay and Falsely Accused of not Cooperating with A Company initiated investigation.

3. On September 25, 2013 I was Wrongfully Terminated from my Job and Falsely Accused of the Following:

A. Refusal to Assist A Vitas Nurse, Which is insubordination

B. Threatening Behavior Towards Another Co-Worker

C. Refusal to Cooperate with A Company initiated investigation.

(Rev. 10/2002) General Document

D. Failure to treat a Patient
E. General Intimidation of the other Co-workers
4. On October 22, 2013 I filed a Retaliation Charge with EEOC Against my Employer.
5. Addendum Rebuttal Statement of Exhibits Explaining my Defense
6. Addendum other Supporting Legal Documents pertaining to my Defense.
7. Addendum Conclusion Statement
I Request a Jury to be present in this Lawsuit. My Relief I am asking the Courts to seek Monetary Damages and Punitive Damages in the sum of $275,000, For All of my Pain and suffering that I have Endured.
Respectfully,
Diane McBride
DMB

### Certificate of Service

I _Diane Mc Bride_, certify that on this date _Oct. 21, 2014_ a true copy of the foregoing document was mailed to: _Reit Management & Research_
                                                                name(s) and address(es)
_Park Summit   Brian Mc Dermott, Esq. Ogletree Deakins Law Firm 111 Monument Circle Suite 4600_
                                                          _Indianapolis, In 46204_

By: _Diane Mc Bride_

_____                    _____
Printed or typed name of Filer              Signature of Filer

_____                    _____
Florida Bar Number                          E-mail address
_786 487-6326_
Phone Number                                Facsimile Number
_P.O. Box 541071_
Street Address
_Opa Locka, Fla. 33054-1071_
City, State, Zip Code

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Diane McBride<br>P.O. Box 541071<br>Opa Locka, FL 33054 | From: | Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |
| --- | --- | --- | --- |

|  | ☐ | *On behalf of person(s) aggrieved whose identity is* CONFIDENTIAL (29 CFR §1601.7(a)) |  |
| --- | --- | --- | --- |
| EEOC Charge No. | | EEOC Representative<br>**Delia Hernandez,**<br>**Investigator** | Telephone No.<br>**(305) 808-1818** |
| **510-2014-00276** | | | |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Nizon Santos Wright*

Enclosures(s)

**Malcolm S. Medley,**
**District Director**

*(Date Mailed)*

cc: **Reit Management & Reseach**
**c/o Brian McDermott, Esq**
**Ogletree Deakins Law Firm**
**111 Monument Circle- Suite 4600**
**Indianapolis, IN 46204**

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | 510-2013-04118 |

**Florida Commission on Human Relations** _____ and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Diane McBride** | **(786) 704-3215** | **05-06-1955** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **P.O. Box 541071, Opa Locka, FL 33054** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Park Summit Assisted Living** | **Over 15 Employees** | **(954) 752-9500** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **8500 Royal Palm Blvd., Coral Springs, FL. 33065** | | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Reit Management & Research** | | **(617) 796-8100** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **255 Washington Street, 2 Newton Place, Newton, MA  02458** | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

| | | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|---|
| ☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN | | Earliest            Latest |
| ☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION | | **07-04-13** |
| ☐ OTHER *(Specify)* | | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired on November 28, 2012 as a Certified Nursing Assistant (CSA). I am currently still employed in the same capacity. On July 4, 2013, I was issued a "Disciplinary Action Record" (the date on the form states 07-02-13 but this date was incorrectly noted on the form). Prior to getting this Disciplinary Action Record, I had complained to the Director of Nursing ("DON"), Marie A. Brutus (Haitian) about the constant harassment that I am experiencing from two (2) of the other Haitian CNA's (Marie Duval, who called me a Bitch and Jackie, last name unknown, who constantly calls me stupid). I am a very dedicated employee and the harassment that I am experiencing is causing a "Hostile Work Environment". I have reported many incidents to Ms. Brutus about these two (2) individuals and nothing gets done about it; the harassment and hostile work environment does not cease. I believe that she affords them better terms and conditions of employment because they are of the same national origin. Although I am Black like they are they treat me in a very resentful manner. I believe that the disciplinary action, was pretextual and shows that Ms. Brutus shows favoritism towards the CAN's of her nationality.

I allege that I have been discriminated against because of my national origin (American) in violation  of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| ✓ 7/19/13 ✓    [signature]  | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date           Charging Party Signature | |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2014-00276 |

| Florida Commission on Human Relations | and EEOC |
|---|---|

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Diane McBride | (786) 704-3215 | 05-06-1955 |

Street Address                              City, State and ZIP Code

P.O. Box 541071, Opa Locka, FL 33054

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Park Summit Assisted Living | Over 15 Employees | (954) 752-9500 |

Street Address                              City, State and ZIP Code

8500 Royal Palm Blvd., Coral Springs, FL   33065

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Reit Management & Research | | (617) 796-8100 |

Street Address                              City, State and ZIP Code

255 Washington Street, 2 Newton Place, Newton, MA   02458

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest                     Latest<br>                              09-25-13<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)).*

On July 19, 2013, I filed a charge of employment discrimination (EEOC Charge No. 510-2013-04118). After I filed the instant charge (alleging national origin (American) discrimination) I was subsequently terminated from my position of Certified Nursing Assistant (CSA).. On September 25, 2013, I was terminated by Steven Rule, Executive Director. In the letter, Mr. Rule states that I was terminated for performance-related issues. The letter specifically states that I was being terminated for 1.) insubordination; 2.) threatening behavior towards another co-worker; 3.) refusal to cooperate with a Company-initiated investigation; 4.) failure to treat a patient; and, 5.) general intimidation of other workers). I believe that Respondent's reasons are pretextual and that I was terminated for filing a charge with the Commission.

I allege that I have been retaliated against in violation of Section 704(a) of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| √ 10/22/13 ✕  *(signature)*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

January 15, 2013

REBUTTAL STATEMENT

Diane McBride
Certified Nursing Assistant/Medical Assistant/Med Technician

INTRODUCTION

I am a former employee of Five Star Coral Springs, Fla. LLC  D/b/a Park Summit Assisted Living and Healthcare Facility.  In my defense I Ms. McBride never worked for Reit Management & Research Company located at 255 Washington Street, 2 Newton Place, Newton Ma. 02458.

EXHIBIT A

Park Summit states: Ms. McBride refused to help a hospice nurse employed by another entity for Park Summit elderly residents, despite repeated requests for assistance by the hospice nurse.

In my defense: I Ms. McBride never refused to help Naomi a Haitian LPN nurse who is employed by Vitas Innovative Hospice Care company with the care of Mrs. Goldie Flack who was one of my patients at the time who is deceased.  This nurse never had to repeatedly ask for my assistance, I was always there ready and available to help in every way.  Naomi, the Vitas hospice nurse was assigned to do crisis continuous care with Mrs. Flack.  The first day that Naomi the Vitas hospice nurse came to Park Summit Healthcare Department where I worked as a Certified Nursing Assistant, I introduced myself to her and said if she need any assistance with Mrs. Flack who can get " very agitated" and she will try to " fight" with you please let me know right away so that I can come and help with whatever care that's needed.  Naomi, Vitas hospice nurse replied back to me Ms. McBride I will call you.  I gathered bed linen; towels; washcloths; liquid body wash; lotion; wipes; cloth chux pads; form & liquid cleaner for the genitals and plastic bags and gave them to Naomi the Vitas nurse to keep at the patient's bedside each night.  I did this same procedure for Naomi and the other nurses that came from Vitas to assist with Mrs. Flack's care.  Naomi wasn't the only nurse from Vitas who took care of Mrs. Flack several nurses worked on this case before her and there was never a complaint against me Ms. McBride.  Before I would leave Mrs. Flack's room each night in making my patient rounds on the floor, I would tell Naomi the Vitas nurse if she need anything or assistance don't " hesitate" please call me, please ring the " patient's call bell " and I will be there immediately.  Naomi, Vitas nurse replied back to me Ms. McBride and said thank you for all of your help, you are very " caring " and " professional " I said thank you and I will check with you even if you don't call me, Naomi said okay. I then left Mrs. Flack's room and continued my rounds with my other patients.

PAGE (2)


**Diane McBride**
**Certified Nursing Assistant/Medical Assistant/Med Technician**


**EXHIBIT B**

**Park Summit states:  One of Ms. McBride's co-workers reported that she was threatened by Ms. McBride.  Eugenie Davis-Johns conducted an onsite investigation Ms. McBride refused to explain Her actions and provide a response.**

In my defense:  I Ms. McBride never threatened any of my co-workers at Park Summit at no time.  I never refused to participate in any investigations conducted by Eugenie Davis-Johns at Park Summit. On Friday August 23, 2013 I arrived at my job for work, at 10:55p.m.  I arrived on the 3rd floor in the healthcare department at 11:00p.m., at the start of my shift which  I worked that was 11:00p.m. to 7:00a.m.  I went into the nurse's lounge where the employee lockers were located.  I put my personal belongings down and opened my locker and began storing  the items I brought with me inside.  I closed the locker and put my personal locks on it. As I left the lockers area and looked up I seen "Sandy" whose real name is Phillipa Daniels the Human Resource Director at Park Summit, she tip toed softly into the area where I was as though she was sneaking in. She approached me and said she would like to speak with me.  Phillipa Daniels told me Ms. McBride not to go anywhere wait and she she called a young lady over who said hi my name is Eugenie Davis-Johns the district H.R. Director of Park Summit.  I said hello in return she said I want to talk with you I said about what?  She said you filed a harassment charge "didn't  you against Park Summit?  I was very respectful and polite and I said Eugenie I am not refusing to speak with you and Phillipa, but I don't feel comfortable without a counselor by my side as a witness on my behalf.  Then Eugenie Davis-Johns said I was being "indignant".  I said I am not being "indignant", Eugenie said you are.  I said I just politely told both of you that I am not refusing to speak with you but I don't feel comfortable without a counselor by my side as a witness on my behalf.  I also asked Eugenie and Phillipa will they be willing to speak with me on another day and time with a counselor by my side as a witness on my behalf and both of them said "no" we need to speak with you" right now" in a harassing manner without regards as to what I've just asked them.  I was not comfortable  the environment was very hostile & intimidating from the both of them I felt stressed my head began to ache.  I said please excuse me and in this condition I began to do my work, I got linen out of the closet for my patients and I began setting up my patients rooms with diapers and cream for my 2-hour rounds for later.  Phillipa Daniels H.R. Director for Park Summit kept whispering something into Eugenie Davis-Johns ear as though she was telling her what to say and do to me Ms. McBride. I left my work area and I went into room 43 and start setting up this room for patient care with diapers & cream.  Phillipa Daniels and Eugenie Davis-Johns were searching the rooms for me calling out my name loudly.  I quietly said I am in room 43 because my patients were sleeping and I did not want to wake them.  I came to the door way of room 43 and Eugenie Davis-Johns told me that they will have to" suspend" me  from my job because I won't speak with them and that I will have to leave the premises of Park Summit. I said I never refused to speak with them that I did not feel comfortable without a counselor as a witness on my behalf. They told me to wait in the nurse's lounge and they came back to me as I waited with a paper entitled: Notification of Investigatory Suspension.  I did not sign that document I did not agree with the false statement.

**PAGE (6)**

helps me. In my defense I Ms. McBride never told the Vitas nurse that "she is responsible " for my patient Mrs. Flack's care. In my defense: I Ms. McBride never refused at no time in helping the Vitas nurse saying no, no, no, it is your responsibility. All of these statements mentioned above are false, untrue and I never said any of them to the visiting Vitas nurse Naomie Dauphine. In my defense: I Ms. McBride have never been insubordinate with any nurse that visited Park Summit's facility whether they came from Vitas or any other entity. I have never been insubordinate with any nurse that works for Park Summit's facility while I was working there as a Certified Nursing Assistant. I was always helpful and respectful to everyone and I was highly praised for being so professional by patient family members, visitors, and my patients. On July 2, 2013 I had no problems with the Vitas this hospice nurse Naomie Dauphine.

In my defense: I Ms. McBride on July 4, 2013 when I was making my rounds checking on each one of my patients individually and I went to Mrs. Flack's room I over- heard a conversation between Naomie Dauphine and Lucy the 3-11p.m. nurse, this Vitas nurse was saying nasty things to Lucy about me Ms. McBride. Naomie said to Lucy the nurse " Diane" the CNA who has this patient thinks she knows everything, I don't like her, Marie & Jackie the two CNA's on your shift told me they don't like her either, they say they harass her every chance they get, I am going to stop being nice to her too. Lucy replied nobody likes her around here she is too professional and goes by the book on everything she does. Then I walked into the room and Lucy said Naomie just told me you would not help her with Mrs. Flack and I replied that is not true I always help her each night and I don't appreciate her lying on me. Lucy said "oh well" and walked out of Mrs. Flack's room back to the nurse's station. I asked Noamie why would she lie on me and she didn't say anything, she ignored me. I told her that I heard their conversation and that I don't appreciate her talking about me behind my back and causing problems on my job. I told her I don't care who don't like me I come here to do my job help my patients in any way that I can and I respect everybody here in this facility and whoever come as a visitor here. Naomie Dauphine was very nasty to me and she had a nasty attitude towards me Ms. McBride all night. I knew she was definitely trying to cause problems for me on my job so I decided to write a letter to the Administration at Park Summit dated July 4, 2013 to Steven Rule the executive director, Debbie Ormos the Healthcare Administrator, and Marie Brutus the Director of Nurse my immediate supervisor. On this particular letter I did not go into full detail about what took place in Mrs. Flack's room. I thought this administration was going to speak with me Ms. McBride and find out from me all of what took place on the above date. I heard nothing back from this administration, until July 10, 2013 when I was called into the office by Debbie Ormas & Marie Brutus with a disciplinary action written against me for" insubordination" for refusing to help a Vitas hospice nurse when she asked for assistance, Marie Brutus told me that she was tired of hearing my name come up around here and she was sick of it. I Ms. McBride was not given a chance to tell them what actually happened and what was said by Naomie the Vitas nurse and Lucy the 3-11p.m. in that conversation. Marie Brutus had already made her decision without hearing further from me Ms. McBride and I felt this was pretexual about her showing favoritism for this Haitian nurse.

EXHIBIT G-E (CONTINUED)

Park Summits states: Meriline Merilien (Haitian) CNA reported that she went to answer a patient's call-light Ms. McBride said she needed to keep the light going and to "go back to school" if you don't know. Ms. McBride said do-not come to my side of the hall.

PAGE (7)

In my defense: I Ms. McBride never seen Meriline Merilien  come in the area where I work and answer a call-light  at no time.  I never told Meriline Merilien that I needed to keep the light going and to go back to to shool if you don't know at no time.   I never told Meriline Merilien do not come to my side of the hall at no time.  This never took place or existed.  All of these statements are untrue false. I have always answered all of my call lights on time and without anyone needing to help me in doing so.  Another lie coerced by her without merit.

Page (8)

Diane McBride
Certified Nursing Assistant/Medical Assistant/Med Tech
Exhibit E-F

Examples of Complaints About Ms. McBride

Park Summit states: Vincente Garcia said, A Janitor - Ms. McBride intimidated Him. Ms. McBride said God knows what you did and He will take care of you. Ms. McBride you said know what you did.

In My Defense: I Ms. McBride Never intimidated Vincente Garcia at no time. I never made no Statements to Vincente Garcia or comments to Him about anything. The Above Statements are untrue False. Sounds like He feels guilty about Something. I Dont even know Him He did not work on my Shift 11pm - 7am.

In My Defense: I Ms. McBride was ~Approximate~ On June 7, 2013 Making my mid Night Rounds. During Those Rounds When I got to Mrs. Flack's Room and I Started to Change Her Dirty Diaper I Found a Name Tag stuck to the Left Cheek of Her Buttocks pressed into Her Skin with the Name Vincente Garcia Engraved on it. I Did not Remove This Name tag from Her Skin.

Pg. (9)               DIANE MC BRIDE
EXHIBIT E-F (CONTINUED)  CERTIFIED NURSING
                         ASSISTANT / MED. ASST / MED TECH.

I LEFT it THERE ON HER BUTTOCKS.
I immediately WENT to THE NURSE'S
STATION AND TOLD THE CHARGE NURSE
WHO WAS MARIE LAMOTHE (HAITIAN)
LPN to COME with ME to ROOM 43-
BED 2 I WANTED HER to SEE WHAT
I SAW INSIDE MRS. FLACKS DIAPER.
MARIE LAMOTHE THE CHARGE NURSE
WALKED BACK with ME to RM 43- WE
WENT to BED-2 MRS. FLACKS BED
AND WE TURNED MRS. FLACK
OVER ON HER RIGHT SIDE AND
OPENED THE LEFT SIDE OF HER
DIAPER, MARIE L. SAW THE NAME
TAG PRESSED into MRS. FLACK'S
BUTTOCKS; MARIE REMOVED THE
NAME TAG AND WE BOTH SEEN A RED
SQUARED INDENTION MARK THE SIZE
OF THE NAME TAG LEFT IN MRS. FLACK
SKIN ON HER LEFT BUTTOCKS CHEEK.
I ASKED MARIE LAMOTHE THE
CHARGE NURSE WHO is VINCENTE
GARCIA AND SHE SAID HE is THE
JANITOR WHO WORKS ON THE 3-11pm
SHIFT. I SAID HOW DID HIS
NAME TAG GET INSIDE HER DIAPER,
MARIE L. SAID I LIKE to KNOW
HOW it GOT THERE too AND WHAT
WAS HE DOING with MRS. FLACK'S
DIAPER in THE FIRST PLACE. MARIE
SAID SHE WAS going to REPORT
this to THE ADMINISTRATOR (HCA) DEBBIE

PAGE (10)

DIANE McBRIDE
CERTIFIED NURSING Assistant/MEDICAL Assistant/MED TECH
EXHIBIT E-F (CONTINUED)

ORMOS AND Marie Brutus the
D.O.N. AND that they SHOULD
SPEAK to Him ABOUT WHAT WE
SEEN INSIDE MRS. FRACK'S DIAPER.
NONE of the ADMINISTRATION
SPOKE with ME Ms. McBRIDE,
with ANY CONCERN ABOUT this
MATTER. I DO NOT KNOW WHETHER
MARIE LAMOTHE the CHARGE
NURSE 11-7am REPORTED this
INCIDENT OR NOT. I NEVER
MENTIONED NOTHING to VINCENTE
GARCIA ABOUT WHAT WE SAW
INSIDE MRS. FRACK'S DIAPER. I
NEVER HEARD NOTHING ELSE ABOUT
This INCIDENT FROM the CHARGE
NURSE MARIE LAMOTHE.

EXHIBIT E-F (CONTINUED)

PARK Summit STATES: Ms. LAMOTHE
SAID MS. McBRIDE DID NOT LET HER
KNOW that A patient NEEDED PAIN
MEDICATION.

IN MY DEFENSE: I MS. McBRIDE
ALWAYS LET MARIE LAMOTHE AND
All OTHER NURSES AT PARK Summit
KNOW WHEN A patient REQUESTS PAIN MED
PLEASE READ THE DOCUMENTATION COPY
ATTACHED.

PAGE (11)

DIANE McBRIDE CERTIFIED NURSING ASSISTANT/ MEDICAL
ASSISTANT/ MED TECH

EXHIBIT E-F (CONTINUED)

PARK SUMMIT STATES- Ms. McBRIDE
WAS CONTACTED BY DEBBIE ORMOS
(HCA) to SET-UP A MEETING TO
DISCUSS CONCERNS. Aug 2013

IN MY DEFENSE: I Ms. McBRIDE
NEVER RECIEVED NO PHONE CALLS
FROM DEBBIE ORMOS At NO TIME.
IF SO I WOULD HAVE IMMEDIATELY
CALLED HER BACK. I DID HAVE
PROBLEMS WITH MY PHONE.

PARK SUMMIT STATES: EUGENIE DAVIS-
JOHNS TRIED to CONTACT ME Ms. McBRIDE
Aug 2013. ALSO STATED I RESPONDED
BY SAYING "YOU LEFT MESSAGES ASKING
ME to CALL YOU, BUT I DON'T WANT
to TALK to YOU. YOU CAN TALK to
MY ATTORNEY.

IN MY DEFENSE: I Ms. McBRIDE
NEVER RECIEVED NO PHONES CALLS
FROM Ms. JOHNS At NO TIME.
SEE EXHIBIT B DOCUMENTED
STATEMENT. IF SO I WOULD
HAVE CALLED HER BACK. IMMEDIATELY
I DID HAVE PROBLEMS WITH
MY PHONE. I NEVER MADE NO STATEMENT

Page (12)

Diane McBride
Certified Nursing Assistant/Medical Assistant/
MED TECH
Exhibit E-F (Continued) Exhibit N

Saying I Don't want to talk to you,
you left messages for me ~~call~~ to
call you, But I Don't want to
Speak to you. You can talk
to my Attorney. I Ms. McBride
Never made the above Statements.
See Exhibit B.

Exhibit N

Park Summit States: Ms. McBride
Refused to Leave the Supply Room
Stated Jennifer Marks 3-11pm
Nurse. Aug 13, 2013.

In My Defense: I Ms. McBride
Did Not Refuse to Leave the
Supply Room while Collecting
Supplies to Clean Several
Patients Bottoms that were
Soaked with urine and Feces
when I Arrived on my Shift
Aug. 13, 2013. See Attached
Documented Copy. Jennifer
Never Called out my Name
She was Very Rude to Me
Ms. McBride.

Park Summit States: Exhibit I
Steven Rule Sent a Letter to
Me Ms. McBride.   Turn over →

Page (13)

DIANE McBRIDE
CERTIFIED NURSING ASST/MED ASST/MED TECH
EXHIBIT I (CONTINUED)

IN MY DEFENSE: I Ms. McBRIDE
NEVER RECIEVED A LETTER FROM
STEVEN RULE ON Sept 2013.
SEE DOCUMENTED Copy ATTACHED.

IN Conclusion: I Ms. DIANE
McBRIDE HAVE ALWAYS BEEN A,
I LOYAL EMPLOYEE At
PARK Summit Assisted Living
AND HEALTHCARE Facility. I
ALWAYS DID MY WORK IN A
PROFESSIONAL MANNER with
RESPECT FOR ALL.

The Following DOCUMENTED COPIES
OF INCIDENTS ARE ATTACHED:

| | |
|---|---|
| 1 - PAGE | 1. INTRODUCTORY PERFORMANCE APPRAISAL |
| 1 - PAGE | 2. CERTIFICATE of APPRECIATION |
| 2 - PAGES | 3. ABOUT MARIE BRUTUS D.O.N. |
| 2 - PAGES | 4. HARRASSMENT BY MARIE DUVAL & JACKIE Germain |
| 4 - PAGES | 5. CHARGE NURSE MARIE LAMOTHE 11-7a SHIFT |
| 3 - PAGES | 6. JENNIFER MARK 3-11pm NURSE |
| 1 - PAGE | 7. LUCY CHARGE NURSE 3-11pm |
| 4 - PAGES | 8. ALENA GRANT CNA |
| 3 - PAGES | 9. Sept. 25, 2013 MEETing with |
| | STEVEN RULE, EUGENIE - DAVIS Jothus, |
| | PHillipA "SANDY" DANIELS |
| | 10. PAGES of EXHIBITS ⑨,⑩,⑪,⑫,⑬ |
| | DOCUMENTED COPIES →PAGES |

ABout
NAOMI-HAITIAN NURSE
THE LPN
FROM: VITAS HOSPICE

JULY 4, 2013 (THURS

To: STEVE RULE THE DIRECTOR
    DEBBIE ORMOS THE ADMINISTRATOR
    MARIE BRUTUS THE D.O.N.

FROM: DIANE Mc BRIDE
    CERTIFIED NURSING ASSISTANT / MED. ASST. / MED
    TECHNICIAN

I WANT THE ADMINISTRATION to KNOW
That ANY TIME A VISITING AIDE PRIVATE Duty
OR A NURSE FROM VITAS ECT. COME to This
FACILITY to WORK WITH ANY OF OUR PATIENTS
HERE AT PARK SUMMIT. I FIRST
INTRODUCE MYSELF TO THEM tell THE
VISITING AIDE OR NURSE IF THEY NEED MY
HELP IN ANY WAY CONCERNING OUR PATIENTS
TO PLEASE LET ME KNOW AND I WILL
ASSIST IN ANY WAY I CAN. IF THEY NEED
SUPPLIES PLEASE let ME KNOW. I AM
ALWAYS PROFESSIONAL AND and KIND TO EVERYONE

Pg. (2) July 4, 2013 (Thurs.)

who Visit with us HERE iN The HealthCare
Dept. No Body That I Know of HAS
MADE A NEGAtive Statement About me
Not wanting to HELp THEM WHEN THEY
COME To This Facility. NAOMi the young
Nurse is The only one That HAS Spoken
Negative About me And I Don't under-
Stand why BE CAUSE EACH Night Since
SHE HAS BEEN HERE I HAVE gone
into The Room AND HELped HER with
Mrs. GoldiE FLACK. I Don't Know why
NAOMi From ViTAS wANts to mAKE TRouBle
FoR me HERE on my JoB That is not
Right AND it's VERY unfAiR. I Am Always
Professional At ALL Times And willing
To HELp in Anyway Mrs. FLACK is still
one of my PAtients WHE THER Some one
Is HERE OR Not. I Also wANt to
BRing TO your ATTEntion That Lucy The
Nurse on 3-11pm SHiff wAs VERY RudE
AND NAsty to ME ABout This And SHE SPokE

Pg. (3)   July 4, 2013 (Thurs.)

To me in front of Vitas Nurse, when she should have called me aside privately and spoke with me. Lucy was not professional and she has a bad attitude. I explained to her that I have helped Naomi from Vitas every time she needed my help. Lucy needs to be spoken to about the way she handled this matter. I want you all to know that I arranged a time at 4am while I am bathing Laura Fischler/ Naomi said she would bathe Mrs. Goldie Flack. This way I am in the room to assist her in anyway c̄ Mrs. Flack. I want each and everyone of you to know that I work very hard on 11-7am shift I always show empathy and compassion for everyone. Thank you for your time

Sincerely   Diane M℅Bride

October 7, 2014

CONCLUSION

When I was an employee at Park Summit Assisted Living Facility and Nursing Rehabilitation Center, I was forced to work in a hostile, intimidating environment along with harassment from my supervisor and co-workers. I have endured a great amount of stress imposed upon me and my inner body because of the intimidation, harassment and hostile environment on a daily basis while I was an employee for this company. I suffered much more than one can imagine each day of my life once my job was wrongfully taken away from me.

Financially I was put in a position not able to pay my bills, buy food to eat, buy personal hygiene products for myself I had no money I was bankrupted. As a result of my being in this horrible position at that time my beloved cat of nine years became ill and I had no money to pay the veterinarian for his care which resulted in him dying from his illness which took a toll on me, I was devastated I could not save my pet's life.

I became very depressed and withdrawn, this entire situation affected me I was emotionally distressed mentally and physically broken. I was put in this position against my will because my employer wrongfully took my job away from me. I was a loyal employee and was very reliable coming to my job, I followed every policy and procedure, I performed well I fulfilled every task that my job description required from me in a professional manner at all times. I respected everyone at Park Summit but they did not give me respect in return, instead I was harassed, intimidated and made to work in a hostile environment which I had no peace. For all of my pain and suffering I am demanding Monetary Damages in the amount of $ _275,000_____.

Diane McBride



FIVESTAR
QUALITY CARE, INC.

INTRODUCTORY PERFORMANCE APPRAISAL

Appraisal Date: _2/4/2013_
Introductory Period ☑    Extension Period ☐

This report is to be filled out by you for the new employee named below. This is your opportunity to evaluate the employee for the first 90 days in his/her current position. This report must be completed no later than ten (10) days prior to the expiration date of the employee's introductory period and discussed with the employee before the end of the 90 day period.

Employee Name: _Diane Mc Bride_    Position: _Certified Nursing Assistant_    Hire Date: _11/28/2012_
Facility: _Park Summit_    Department:

### PERFORMANCE RATING

1. Does Not Meet Standard    2. Partially Meets Standard    3. Meets Standard    4. Exceeds Standard

| Criteria | Rating |
|---|---|
| QUANTITY | 3 |
| • Speed and consistency of output, productive use of time, results that are pertinent and satisfactory. | |
| QUALITY | 3 |
| • Accuracy, completeness, thoroughness – attention to necessary detail. | |
| • Use and care of equipment. | |
| • Economical use of materials and supplies. | |
| • Amount of follow-up needed. | |
| WORKING RELATIONSHIPS/COOPERATION | 3 |
| • Ability to receive assignments from several people, judge or resolve priorities and still maintain good working relationships with those involved. | |
| • Courtesy to patients/visitors/public | |
| • Addressing and resolving conflict/problem situations with others. | |
| • Supportive of Facility/Department goals and objectives. | |
| DEPENDABILITY | 3 |
| • Willingness to change plans to meet Department needs. | |
| • Attendance, punctuality, time off, adherence to facility policies and procedures. | |

### COMMENTS

This space must be used for specific examples when there is a rating of 1 or 2 in a performance area. In other instances, provide remarks regarding your reasons for your rating or any comments about the employee's performance such as areas of strength or future areas for focus:

Do you recommend this employee for continued employment? Yes: ✓    No:
Supervisor: _M Brutuson_    Date:    Employee: _D McB_    Date: _2/4/13_

Due to the issues noted and the below standard rating documented above, I recommend that the above named individual have his/her introductory period extended by up to one (1) thirty (30) day period. A further performance appraisal will be completed and a final decision will be made regarding the above employee's employment prior to the end of any extension period. The "Extended" Period is expected to end on _____ (date).

Recommending Supervisor's Name/Title: _____ Date:

☐ Approved    ☐ Disapproved  by:

Next Level of Management's Name/Title: _____ Date:

Employee's Signature Name/Title: _____ Date:



CERTIFICATE OF APPRECIATION

is hereby granted to:

Diane McBride

For Your Outstanding Services

Executive Director:

Administrator: _____ Date 5/15/13

Director of Nursing: _____ Date 5/15/13

Date 5/15/13

ABOUT
MARIE Brutus D.O.N.    Page (1.)

DIANE McBRIDE
DMB

FEBRUARY 19, 2013

MARIE A. Brutus (Haitian) THE D.O.N. SENT A MEMO to 11-7pm SHIFT STAFF. The MEMO STATED that SHE would WRITE the CNA up that AS̲S̲I̲G̲N̲E̲D̲ to a patient if that patient is on AN AIR-MATTRESS BED AND HAD A PAD FOUND ON THE BED, that DIDN'T BELONG THERE. MARIE Brutus ᴰᴼᴺ AND I SPOKE OVER OUR CELL-PHONES ABOUT PADS FOUND on the PATIENTS BEDS with AIR-MATTRESSES that the 3-11pm SHIFT LEFT ON THE BEDS During their SHIFT. MARIE Brutus the D.O.N. GAVE ME DIANE McBRIDE AN ORDER ON APPROXIMATE FEBRUARY 20, 22, 2013; to LET HER KNOW if ANY CNA FROM the 3-11pm Sʰⁱᶠᵗ LEAVE A PAD on the PATIENTS BEDS WHO HAVE AN AIR-MATTRESS. I FOLLOWED HER ORDER I LET MARIE Brutus KNOW EACH time I found A PAD ON the AIR-MATTRESS BEDS in my HALL That I AM ASSIGNED to. BEHIND my BACK MARIE A. Brutus the D.O.N. WAS CALLING ME A SNITCH I WAS TOLD, This PROBLEM NEVER ENDED, I WAS SINGLED-OUT BY MARIE A. Brutus the D.O.N. who is my SUPERVISOR. 2) SHE-MARIE

Note: I WAS VERY INTIMIDATED By MARIE Brutus D.O.N. My SUPERVISOR

By STEVE RULE EXEC. DIR PARK Summit

About
MARIE Brutus                PAGE (2.)

FEBRUARY 19, 2013

Brutus show favoritism towards the Haitians CNA's. I was Ignored by Her when I told Her about many complaints concerning the Haitian (2) CNA's Harrassing Negative Behavior towards me. Also I was ignored when I requested that SHE Hold a meeting with ALL the CNA's on ALL shifts to let us ALL Hear Her Say what SHE wanted and DID not want to be Done Concerning the Patient's Care and About the Pads not to be placed on the Air-Mattress Beds. MARIE Brutus never

NOTE:
Intimidating

Held a meeting this created a Hostile and Environment in the work place and Brought a lot of stress upon me as an Employee in the HealthCare Dept.

NOTE:
July 2013 -

(WAS)
I Written up issued a Disciplinary Action, Falsely accused, For Something I DID not Do I feel this was Pretextual. The Vitas Nurse was Haitian. MARIE Brutus D.O.N showed Favoritism, towards that Nurse. I wrote a letter to the Entire Administration First About this Nurse, vitas Diane Mc Bride

NOTE:
BEHAVIOUR

But it was over looked ignored; ~~CHB~~ By the Administration Altogether.

HARRASSMENT COMPLAINT
By MARIE DUVAL
AND JACKIE GERMAINE

DIANE MC BRIDE

PAGE (1.)

Approximately
FEBRUARY - August 2013

I Diane Mc Bride who is A (NA) NATIVE AMERICAN at PARK Summit in the HEALTHCARE Department on the 11pm-7am SHiFt. I HAVE BEEN CONTINUOSLY HARRASSED By MARIE DuVAL AND JACKIE DON't KNOW HER LAST NAME. Both of THEM ARE HAITIAN CNA's At PARK Summit WHO WORKS ON the 3-11pm SHiFt Also in the HEALTHCARE DEPARTMENT. I HAVE BEEN CALLED MANY NAMES, REPEATED LIKE:

SHE is NOT A CHRISTIAN But AN EViL AMERICAN BitcH; AMERICANS ARE ignorant PEOPLE; Stupid AMERICAN BitcH; Stupid American BitcH COMES to WORK to MAKE trouble FOR other people; CRAZY AMERICANS; Dumb AND Stupid AMERICAN; AMERICANS ARE the WORSt KiND of PEOPLE, EtC.

AnyTime that I Am SCHEDULED to WORK AND MARIE DuvAL to JACKiE ARE SCHEDULED to WORK ON the SAME DAYS. THEy WiLL NEVER LEt OTHER Co-WORKERS HEAR them CALL ME DIANE McBride the ABOVE MENTiONED NAMES. INDiViDUALLY to SometimeS THEY WERE TogetHER WHEN THEY HARRASSED ME.

HARRASSMENT
BY MARIE DUVAL        PAGE (2)
AND JACKIE

Approximately
February - August 2013

I Diane McBride Always ignored them.
The Harrassment became too much to bare,
and created a "Hostile Environment" at
Intimidating
My workplace. I reported this Harrassment
to Marie A. Brutus the D.O.N. Nothing was
Accomplished THE HARRASSMENT Continued.

Diane McBride



DIANE MS BRIDE

CHARGE
HAITIAN NURSE
MARIE LAMOTHE
LIED TO THE PT. JUDITH HOYER
THAT I DID NOT TELL HER ABOUT PT. NEEDING MEDS

PAGE (1)

Approximately
THURS.

July 4, 2013

11:00pm - 7:00 am SHIFT
At 4:00 AM A PATIENT FROM ROOM
34 JUDITH HOYER RUNG the CALL BELL, I
WENT into HER ROOM AND SAID Hi"
JUDITH How MAY I HELP you. JUDITH
told me that SHE WAS HAVING PAIN
AND that SHE WANTED to TALK to the
NURSE ABOUT HER MEDICATION. I TOLD

NOTE:  JUDITH HOYER AS I WAS STANDING in the PATIENTS
ROOM (34) NEXT to HER BEDSIDE, that I AM going
to PRESS the CALL BELL NOW AND SEE
iF the NURSE Will ANSWER. I PRESSED
the CALL BELL it RUNG (7) times the
NURSE DiDNOt ANSWER. I told Judith
the patient that I will BE Right

NOTE:  BACK LET ME look FOR MARIE
CHARGE → LAMOTHE THE HAITIAN NURSE. I left Judith's
NURSE     ROOM the (PATIENT). I WENT to the
NURSE'S Station, MARIE LAMOTHE the
CHARGE
NURSE WASN't THERE. I WALKED to

NOTE:  the OTHER ▇▇▇ SIDE of the HALL in the AREA
WHERE the 50 to 60 ROOMS ARE LOCATED MARIE
THE CHARGE NURSE WAS STANDING in the
HALL. I SAID MARIE the PATIENT Judith
in ROOM 34 SAID SHE NEEDS PAIN MEDS
AND SHE WANTS to SPEAK to you ABOUT
HER MEDICATION REGIMEN. MARIE THE CHARGE

HAITIAN NURSE
MARIE LAMOTHE   PAGE (2.)
LIED to the Pt. Judith Hover
THAT I DID NOT tell HER ABOUT
Pt. NEEDING MEDS.

DIANE M. BRIDE

APPROXIMATELY
THURSDAY MID
July, 2013

NURSE SAID LET ME CHECK THE MED
CART to SEE WHAT SHE HAVE, AFTER I
finiSH thIS OTHER patient's CARE. I
SAID OKAY I will LET Judith the Pt.
in Room 34 KNOW that you will BE
THERE AS SOON AS you finiSH with the
OTHER patient. I WALKED BACK to
Judith's Room I told HER that the
CHARGE NURSE MARIE LAMOTHE SAID
SHE will Come with HER MEDICATION
AND TALK with HER. Judith the PATIENT SAID
OKAY AND SHE Thanked ME. I STARTED
Doing my PATIENTS CARE AND two-Hour
Rounds FOR the Night. MARIE LAMOTHE
FORgot to give the patient HER pain
MEDICATION LIED AND SAID to the
PATIENT that I DID NOT tell HER
Anything. I AM A CERTIFIED MED-
TECHNICIAN, CERTIFIED NURSE's Assistant,
MEDICAL Assistant. I HAVE NEVER
REFUSED to HELP A PATIENT NOR REFUSED
to tell the Nurse (CHARGE) that A PATIENT REQUESTED
PAIN MEDICATION. I HAVE EMPATHY
AND Compassion FOR ALL. My Mother OWN
is A patient with DEMENTIA, in A FACILITY.

LIED TO THE ADMINISTRATOR DEBBIE    July 5, 2013 (Fri.)
ORMUS THAT I TOOK 1HR. DINNER
                                    BREAK

DEBBIE

                                    DIANE McBRIDE

I WENT TO MY BREAK AT

4:00 AM TIL 4:30 AM, TO EAT MY

FOOD. WHEN I FINISHED BREAK

I RUSHED BACK UPSTAIRS, I

FORGOT TO CLOCK BACK IN. I

HEARD Ms. MABEL IN RM. 33

CALLING FOR HELP I WENT INT

HER ROOM AND CLEANED A BIG

BOWEL MOVEMENT FROM HER. IT

TOOK SOMETIME BECAUSE B.M.

WAS ALL OVER THE BED. No-ONE

CHECKED TO SEE IF I WAS THERE

I CAN'T BE IN TWO PLACES AT ONE

July 5, 2013                    PAGE (2)    DIANE McBRIDE

TIME. WHEN I FINISHED WITH
Ms. MABEL ROOM (33). IT CAME
To mind that I left my LUNCH
BAG in the LOUNGE ON THE SECOND
FLOOR, I WENT BACK DOWNSTAIRS
AND RETRIEVED it. ALENA CAME
AND HELPED Rm 42- BED (2)
WHILE I WAS tied up in
ROOM. (33) c̄ Ms. MABEL.
This is WHY I DID NOT
ASSIST Naomi THE NURSE in
Rm 42- BED c̄ MRS. FLACK.
Thank you!!

                    D. McBRIDE

(Jennifer Marks)   (3.)
3-11 Nurse                    July 7, 2013
Diane McBride
Certified Nursing Assistant / Med Asst / Med Tech


On July 7, 2013 I Ms. McBride
was on my way to work on
the 11-7pm Shift. As I drove
my car, it began to act as
Though it was going to Shut
off on me. I was close
to where I work about
5-6 miles away from Park
Summit Facility. My car
Broke Down. It was 10:30pm
That I Called Park Summit's
Healthcare Dept. to Let them
Know what Had Happened.
Jennifer Marks Answered my call
I said This is Ms. McBride
my car Just Broke Down on
me and I may not be able
to come in to work if the
Car Doesn't Start Back Running.
If the car Does Start up I
will Be There. Jennifer the
3-11pm Charge Nurse "Shouted"
into the phone You are Calling At
This Hour? In a Nasty tone of
Voice. I said Yes "politely" and
I said will you please Let the D.O.N.
Know About this, Marie Brutus. Jennifer
Marks Said "Shouted You Call Her
Yourself You Know Her Number She
Slammed the phone Down to Hung up - on me.

ABOUT: JENNIFER MARKS
THE NURSE 3-11pm SHIFT    (1)

DIANE McBRIDE
PAGE 1

Aug. 13, 2013

TO: MARIE BRUTUS D.O.N.

FROM: DIANE McBRIDE CERTIFIED NURSING ASST,
MED. ASST. / MED TECHNICIAN

At 11:20pm I SAW A YOUNG LADY coming
out of THE Supply Room, I ASKED HER
WILL SHE PLEASE LEAVE THE DOOR OPEN
I NEED to get SOME Supplies FOR
My Patients I WORK on This FLOOR
ON This SIDE SHE SAID OKAY. The young
LADY CAME BACK To THE Supply Room AND
SAID JENNIFER SAID (THE NURSE) TO CLOSE
The Door. I SAID TELL HER I WILL
CLOSE THE DOOR AS SOON AS I get
my Supplies FOR my Pts. WHILE I
WAS STILL INSIDE THE Supply Room THE
LIGHTS WERE ALL OF A SUDDEN TURNED Off.
I WAS STANDING IN THE DARK Supply Room.

ABOUT
(2.)                        Aug. 13, 2013

Jennifer The Nurse 3-11pm shift

I said excuse me, Jennifer The Nurse spoke to me very nasty and said "you have to get out of this supply room right now". I told Jennifer that I will not be spoken to in that manner I will not tolerate it. I also told her that I respect everyone and I appreciate that she have some respect for me. She stood at the door while I brought the supplies that I needed for my patients to the outside then she locked the door back. Marie I am not going to be harassed by Jennifer the nurse on the 3-11pm. I have a right as a (CNA) at park summit in doing my job duties to collect the supplies that I need for my patients on the 11p-7am shift.

D.O.N.

DIANE MC BRIDE

About
Lucy(CHARGE)
The Nurse 3-11pm Shift                    Mon.
                                    August 19, 2013

ON This Date I arrived on the
3rd Floor in The Healthcare Dept.
For work at 11:05pm. As I walked
into the Nurse's Lounge, Lucy the
Nurse that works on the 3-11pm
Shift approached me Shouting out
Something Rudely About the patient
in Rm 35. I politely told Lucy
the Nurse (3-11pm) to Let me put my
personal belongings in the Locker
Then I will come to Her to Find
out what She was talking About. Lucy
The Nurse (3-11pm) had an Angry Look on Her
Face as She looked At me. Lucy
the Nurse got mad At me, As She
was Standing Before (me) She began to
Switch Her Body From side to side
in a Fast motion and Began Bumping
into me Several Times, Flinging
Her Hands And Hit my Person. Lucy (The 3-11pm Nurse)
Said in Spanish that I was Loco - which
means Crazy; Stupido - which means ████
Stupid; Americano - which means American.

Note:
Lucy Nurse (The 3-11pm) - She called me a "Crazy Stupid American".
I told Lucy the 3-11pm Nurse That I would not
Tolerate Her calling me Names And not to start
Trouble with me. I Reported Her to Angie the ADON.

DIANE McBRIDE
2013

ALENA GRANT
CNA 11-7A SHIFT
TRIED TO FIGHT ME                    Page (1.)
WORK PLACE VIOLENCE
THREATENED TO DO                     EARLY THURS. MORNING
 BODILY HARM MS. McBRIDE             → BEFORE DAYLIGHT
                                     August 22, 2013

Note: ON July 26, 2013 FRIDAY At 11:35pm
Angie A Jamacian Nurse who works for
PARK Summit, called A meeting with the
11-7am Shift staff. Myself; ALENA Grant;
Marie Lamothe The CHARGE Nurse. Angie
Revealed to (us) that she is The Newly Appointed
(ADON) Assistant Director of Nurse. She
said she wants ALL LUNCH BREAK times written
on the BOARD EACH Night. ALL 11-7am Shift
Staff Nurses to CNA's were aware of this
order. I made sure That ALL THE Nurses to
CNA's on The 11-7am Shift Know I TAKE DINNER
BREAK AT 2:30AM EACH ON MORNING

Incident: August 22, 2013 ←
        ↓              ↓         ↓

I finished Stocking my patients Rooms with
Supplies At 2:25am. At 2:30am I told
the CHARGE Nurse Lynase Val Bonhomme
that I was going on my DINNER BREAK at
this time. To my "Surprise" ALENA Grant
CNA 11pm-7am Shift AND Lynase Val Bonhomme
CHARGE Nurse -11pm-7am Shift Both stated
Together Loudly "How Are You Going on Your
BREAK"? ALENA Grant CNA stated I am on my
BREAK AND Lynase Val Bonhomme NURSE said ALENA
is on Her BREAK. ALL of the Nurses who
works on the 11-7pm shift AND ALENA Grant THE CNA on THE
 (opposite SIDE of the HALL)

CNA 11-7A SHIFT    Page (2.)

TRIED TO FIGHT ME

WORKPLACE VIOLENCE

THREATENED to Do

BODILY HARM TO MS. McBRIDE
(AWAY)

2:30 Am morning
Before Day
August 22, 2013

FROM the HALL WHERE I WORK in the HEALTHCARE Dept; KNOW that I TAKE MY DINNER BREAK AT 2:30 Am EVERY night THAT I am SCHEDULED to WORK. I told LYNASE VAL Bonhomme THE CHARGE NURSE THAT THIS is not FAIR AND SHE SAID SHE SHOULD HAVE WRITTEN it on the BOARD LIKE SHE STARTED to. I told LYNASE VAL Bonhomme (NURSE) THAT MARIE Lamothe the OTHER Night NURSE, (11-7pm) told me that ALENA GRANT WAS TAKING HER BREAK AT (2:00 am to 2:30 am) BEFORE ME. I WAS standing At the NURSE's Station At this timE, ALENA GRANT WAS standing BEHIND the NURSE's station with LYNASE VAH Bon Homme the CHARGE NURSE ALENA GRANT (CNA) WAS still STANDING BEHIND the NURSE's station SHE SHOUTED out At me IN A LOUD NASTY AND ANGRY tone of voice "WHO told you THAT"? ALENA GRANT (CNA) Also told ME in front of LYNASE VAH Bon Homme; THE NURSE ALENA GRANT (CNA) SAID "KISS MY ASS". I told ALENA GRANT (CNA) that SHE HAVE BEEN trying to start trouble with mE DiAne McBRIDE FOR A WHILE AND FOR HER to HAVE RESPECT, AND I will NOT tolERATE this TYPE of BEHAViOUR FROM HER. I BEgAn to WALK AWAY FROM the NURSE's STATION AS I WAS WALKING

Note: VERY VIOLENT BEHAViOUR By ALENA GRANT CNA 11-7am SHIFT

DIANE MCBRIDE

CNA 11-7am SHifT   Page (3)

TRIED to FiGHT ME

WORK PLACE ViOLENCE / THREATENED

To Do BoDiLy HARM to Ms. McBRiDE August 22, 2013

NOTE:   AWAY to go to the NURSES Lounge

VERY   ALENA GRANT (CNA) PiCKED up A SMALL PiNK

ViOLENT   ELECTRiC FAN that WAS Sitting on the DESK

BEHAViOUR   At the NURSE'S Station AND HELD it up iN

By   HER HANDS to toss it At ME DiANE McBRIDE

ALENA   LYNASE VAL BonHommE (CHARGE NURSE) STOPPED HER iN

GRANT   timE By GRABBiNG AND HOLDiNG on to the

CNA   FAN So that ALENA GRANT (CNA) WOULD not throw

11-7am   the FAN At ME, DiANE McBRIDE. ALENA GRANT (CNA)

SHifT   told LYNASE VAL BonHommE THE CHARGE NURSE

NO let mE (HER, Hit) EVENTUALLY LYNASE got the FAN

AWAY FROM ALENA GRANT the 11-7pm CNA. I

WENt AND SAT iN the EMPLOYEE LoungE, I ASKED

LYNASE VAL BonHommE (HAITIAN NURSE) CAN I SPEAK With

HER SHE cAmE into the EmployEE LoungE

I ASKED HER WHY DIDN'T SHE ASK mE WAS

I going to my BREAK At 2:30Am BEFORE

HAND, SHE REPLIED I DIDN't think of it.

I SAID But that WOULD HAVE BEEN the

RiGHt thing to DO BECAUSE I WANt PEACE

ON my JOB EACH Night that I COME

to WORK. I Also told HER that ALENA

GRANt the CNA on 11-7pm SHifT HAD NO

RiGHt to STARt A fiGHt With mE BECAUSE of

my BREAK TimE, THis is WRONG. LYNASE VAL

BonHommE THE CHARGE NURSE WitNESSED THis ENTiRE

INCiDENT the WAY I HAVE DESCRIBED it iN full

DETAiL. I RESPECT EVERYONE. WHAT I HAVE ENDURED

Page (4)

CNA 11-7a SHift
Tried to Fight me
WORKPLACE Violence / THREATENED
TO DO Bodily HARM to Ms. Mc BRIDE   August 22, 2013
At my WORKPLACE is WRONG. (ALENA THREATENED
TO DO Bodily HARM
If LYNASE VAL BonHomme (DIANE McBRIDE)
SAY Anything DiFFERENT than
THAN what I HAVE Just DESCRIBED
in manNER that this iNCIDENT truly
HAPPENED SHE HAS told An unTRue
STORY. LYNASE VAL BonHomme is
A HAiTiAN NuRSE AND sHE is VERY
FonD oF ALenA GRANt the CNA
on the 11-7pm SHiFt. Both ALenA GRANt
AND LYNASE VAL BonHomme Lied Abou t.
THis iNCIDENT.        DIANE Mc BRIDE

Note: LYNASE VAL BonHomme
CHARGE NuRSE 11-7pm SHiFt
NEVER REPoRted to the ADMinistRation
THAt FouND SHE to LET ALENA GRANt
SlEEP on THE JOB EACH Night.
ONE NiGHt I FouND HER SlEEPiNG
AND REPoRTED this to LYNASE
VAL Bon Homme the CHARGE NuRSE
SHE SAID SHE would DoCuMENt it.

PAGE (1)

DIANE McBRIDE

STEVEN Rule EXEC. DIR PARK Summit
EUGENIE-DAVIS JOHNS DISTRICT DIR. H.R.
PHillipa DANIELS DIR. H.R. PARK (1.) WEDNESDAY
Summit SEPT. 25, 2013

A
MEETING WAS HELD ON the ABOVE
DATE AT PARK Summit iN the
Executive DirectoR's office, At 2:00pm
IN ATTENDANCE WERE the following
INDIVIDUALS: STEVEN Rule the
Executive DirectoR of PARK Summit,
EUGENIE DAVIS JoHNS DistRict DiRectoR
of HumAN RESOURCES, PHillipa "SANDY"
DANIELS HumAN RESOURCE DiRectoR of
PARK Summit, AND MYSELF DIANE
McBRIDE. PER A telepHONE CONVERSATION
BEtween STEVEN Rule the Exec. DirectoR
of PARK Summit AND MYSELF DIANE
McBRIDE ON SEPT. 18, 2013 RetuRNing

NOTE: → His CALL, I INQUIRED "WHAT is this
MEETING ALL ABOUT"? STEVEN Rule the
Executive DirectoR of PARK Summit
SAID the MEETING is ABOUT YOU giving YOUR
SIDE of the StoRY to complete the
INitiAL-INVESTIGAtion AND FoR us to
COME to A ResolutiON. This is NOT WHAT
The MEETING WAS ABOUT, It WAS ABOUT MY
BEING TERMINATED FROM MY position
AS A CERTIFIED NursiNg AssistANt
FROM PARK Summit. I CAME PREPARED
to give MY SIDE of StoRY I HAD ALL of

STEVEN RULE EXEC. DIRECTOR OF PARK SUMMIT   DIANE McBRIDE
EUGENIE DAVIS-JOHNS         PAGE (2)
DISTRICT DIR. OF H.R.
PHILLIPA DANIELS DIR. of
H.R. PARK Summit                              WEDNESDAY
                                             SEPT. 25, 2013

of My information pertaining to the
HARRASSMENT DOCUMENTED AND READY to
PRESENT. To My Surprise EUGENIE
DAVIS-JOHNS DISTRICT DIRECTOR of H.R.
SAID WE HAVE FINISHED OUR INITIATED-
INVESTIGATION AND MADE OUR DECISION.

NOTE:

DIANE McB.→ I SAID MADE YOUR DECISION; I SAID ALSO
EMPLOYEE
                WHAT ABOUT MY SIDE of the STORY I
NOTE:           HAVE ALL of MY information DOCUMENTED
EUGENIE
DAVIS           HERE with ME to PRESENT to you CONCERNING
                                                     DISTRICT DIR.
JOHNS           the HARRASSMENT. EUGENIE DAVIS-JOHNS H.R.
REFUSED         SAID, "I put you ON SUSPENSION, you REFUSED
TO ACCEPT
MY ████████→    to talk with ME." I DIANE McBRIDE SAID,
DOCUMENTED      TOLD EUGENIE DAVIS-JOHNS that I DID NOT
STATEMENTS                                        I SAID
ABOUT THE       REFUSE to talk with HER, that I DID NOT
HARRASSMENT     FEEL COMFORTABLE talking without A
AND OTHER       COUNSELOR By MY SIDE AND SHE WOULD NOT
DOCUMENTS
OF INCIDENTS    RESPECT that; AND SAID SHE will HAVE
FROM CO-        to put ME ON SUSPENSION if I DID NOT
WORKERS         talk to HER Right NOW, AND SHE DID
BEHAVIOUR       Just that. I WAS ON SUSPENSION FROM
                August 23RD 2013 MY LAST DAY AT WORK
                UNTIL SEPT. 25, 2013 WEDNESDAY WHEN
                I WAS TERMINATED. I NEVER got A
                CALL FROM EUGENIE DAVIS JOHN DISTRICT
NOTE:           DIR. of H.R. WHILE I WAS ON SUSPENSION.
                   A
Got CALL ON
SEPT. 16, 2013
FROM    ████████→ STEVEN RULE EXEC. DIR. of PARK Summit
No CALL ████████→ Phillipa "SANDY" DANIELS DIR. H.R. PARK
FROM                                                  Summit.

STEVEN RULE EXEC.                    PAGE (3)
DIR. OF PARK Summit
EUGENIE DAVIS JOHNS DISTRICT DIR H.R.                    WEDNESDAY
PHILLIPA DANIELS DIR. OF H.R. PARK Summit          SEPT. 25, 2013
DIANE McBRIDE                                              FROM PARK Summit
EMPLOYEE → I NEVER RECIEVED No MAIL SENT TO ME PER STEVEN RULE

        In the MEETING EUGENIE DAVIS - JOHNS

▓ NOTE: SAID HER Findings WERE the following
(5) things ① I WAS WRITTEN up FROM Not wanting
        to Assist A Vitas NURSE; THAT is
        INSUBORDINATION. ② That I DID Not
        tell A NURSE that a patient NEEDED
        MEDICATION AND the pt. HAD to go
        to the NURSES station AND ASK
        FOR HER MEDS. ③ THREAT A CO-WORKER
        ④ Refused to cooperate with initial
        INVESTIGATION. ⑤ I INTIMIDATED CO-WORKERS
        That ALL of them ARE AFRAID of ME. I ▓
        told EUGENIE DAVIS - JOHNS the District
        Dir. of H.R. That I SEE that A lot
        of LIES HAS BEEN told AND MADE up
        By my CO-WORKERS to TRY to PREVENT ME
        FROM Coming BACK to my JOB AND to
        CAUSE You to tERMiNATE ME. I
        ASK EUGENIE DAVIS - JOHNS District Dir. of
        HUMAN RESOURCES CORPORATE FROM CAN I get
        A copy of THAT initiated investigative
        REPORT AND SHE REFUSED to give ME
        A copy. STEVEN RULE EXEC. Dir. of PARK
        Summit gave mE A copy of the terminatioN
        LETTER. I thankED ALL (3) of them AND
        I Left the Premises of PARK Summit.



Page 1

September 25th 2013

Diane McBride
3125 NW 132nd Avenue
Opa Locka, Florida 33054

**Hand Delivered**
**Personal and Confidential**

Dear Diane,

  This letter is to notify you that your employment as Certified Nursing Assistant with Park Summit is terminated effective today September 25, 2013 (the "Separation Date"). Your discharge is the result of your (1) refusal to assist a Vitas nurse, which is insubordination; (2) threatening behavior towards another co-worker; (3) refusal to cooperate with a Company-initiated investigation; (4) failure to treat a patient; and (5) general intimidation of other co-workers.

  In connection with your termination, you are also informed as to the following:

1.   **Group Health Insurance and Other Benefits.** Your medical and dental coverage will cease as of the Separation Date. You may elect to continue coverage, at your expense, for a period of eighteen (18) months (or more) in accordance with the terms of the applicable plans and the Consolidated Omnibus Budget Reconciliation Act ("COBRA"). Information on your COBRA rights will be mailed to you under separate cover. Your participation in all other employee benefit plans of Five Star will terminate as of the Separation Date, in accordance with the specific terms of those plans and any applicable law.

2.   **Health Insurance Portability and Accountability Act (HIPAA).** Effective June 1, 1997, the Health Insurance Portability and Accountability Act (HIPAA) requires employers to provide a "Certificate of Creditable Coverage" to employees/dependents when their group medical coverage ends. This certificate may reduce the Pre-Existing Condition Limitation provision under another company's health plan. You may be asked to furnish this certificate at the point you enroll in a new group plan that has a Pre-Existing Condition Limitation.



Page 2

3.   **Return of Company Property and Retrieval of Personal Effects.** You have retrieved from Five Star as of the Separation Date all personal effects that you kept at Five Star. As of the Separation Date, you have also returned to Five Star all of its property, including any keys; building passes; company documents, literature or files; computer hardware, disks, files and information; company credit cards; laptops; portable hand-held equipment (i.e. blackberry devices); and all other proprietary materials of Five Star in your possession. To the extent that you kept any Company property at home or otherwise off-site or stored on a portable hand-held device, you have fully disclosed that property to Five Star as of the Separation Date and agree that you will return any Company property stored off premises within 2 business days of the Separation Date.

4.   **Home Address and Telephone.** Please keep Five Star apprised of your home address and telephone number, so that we can assure that W-2s and other important information are sent to you.

Your final paycheck and accrued PTO time in accordance with the Five Star PTO policy will be distributed to you via the normal process.

We wish you luck in your future endeavors.

Sincerely,

Steven Rule
Executive Director

CC: Personnel file