# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 14-62419 civ Cohn/Seltzer

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(Rev 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 14-CV-62419-Cohn/Seltzer

Diane McBride

Plaintiff(s)

v.

Reit Management & Research

Defendant(s)

FILED by ___ S.D.C.
OCT 22 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. -- MIAMI

Amend Complaint
*(TITLE OF DOCUMENT)*

I, Diane McBride, plaintiff or defendant, in the above styled cause,

The following pages that I presented on yesterday as my Rebuttal Statement of Exhibits explaining my defense contained 13 pages total. Ten pages of this Rebuttal was copied pages - 1, 2, 6, 7, 8, 9, 10, 11, 12, 13. Pages 3, 4, 5, was not copied for some reason but they were a part of this Rebuttal Statement that I gave to the Clerk with other supporting documents. There were 7 typed pages and 6 hand written pages presented to the Clerk. I would like page (3) that contains Exhibits B continued, E & F. And page (4) that contains Exhibits F continued, G & D. And page 5

(Rev. 10/2002) General Document

That contains EXHIBITS H, G & E to be copied and added to my Rebuttal Statement of Exhibits explaining my defense. After this is completed you would have 13 pages TOTAL and not 10 pages of my Rebuttal Statement that was 1st presented on yesterday Oct. 21, 2014, to the Clerk.

Respectfully

Diane McBride

### Certificate of Service

I Diane McBride, certify that on this date Oct. 22, 2014 a true copy of the foregoing document was mailed to: Reit Management & Research
name(s) and address(es)
Park Summit Brian McDermott, Esq. Ogle Tree Deakins Law Firm 111 Monument Circle Suite 4600
Indianapolis, IN 46204

By: Diane McBride
Printed or typed name of Filer

Signature of Filer

Florida Bar Number

786 487-6326
Phone Number

E-mail address

Facsimile Number

P.O. Box 541071
Street Address

Opa Locka, Fla, 33054-1071
City, State, Zip Code

January 15, 2013

## REBUTTAL STATEMENT

**Diane McBride**
**Certified Nursing Assistant/Medical Assistant/Med Technician**

### INTRODUCTION

I am a former employee of Five Star Coral Springs, Fla. LLC D/b/a Park Summit Assisted Living and Healthcare Facility. In my defense I Ms. McBride never worked for Reit Management & Research Company located at 255 Washington Street, 2 Newton Place, Newton Ma. 02458.

### EXHIBIT A

Park Summit states: Ms. McBride refused to help a hospice nurse employed by another entity for Park Summit elderly residents, despite repeated requests for assistance by the hospice nurse.

In my defense: I Ms. McBride never refused to help Naomi a Haitian LPN nurse who is employed by Vitas Innovative Hospice Care company with the care of Mrs. Goldie Flack who was one of my patients at the time who is deceased. This nurse never had to repeatedly ask for my assistance, I was always there ready and available to help in every way. Naomi, the Vitas hospice nurse was assigned to do crisis continuous care with Mrs. Flack. The first day that Naomi the Vitas hospice nurse came to Park Summit Healthcare Department where I worked as a Certified Nursing Assistant, I introduced myself to her and said if she need any assistance with Mrs. Flack who can get " very agitated" and she will try to " fight" with you please let me know right away so that I can come and help with whatever care that's needed. Naomi, Vitas hospice nurse replied back to me Ms. McBride I will call you. I gathered bed linen; towels; washcloths; liquid body wash; lotion; wipes; cloth chux pads; form & liquid cleaner for the genitals and plastic bags and gave them to Naomi the Vitas nurse to keep at the patient's bedside each night. I did this same procedure for Naomi and the other nurses that came from Vitas to assist with Mrs. Flack's care. Naomi wasn't the only nurse from Vitas who took care of Mrs. Flack several nurses worked on this case before her and there was never a complaint against me Ms. McBride. Before I would leave Mrs. Flack's room each night in making my patient rounds on the floor, I would tell Naomi the Vitas nurse if she need anything or assistance don't " hesitate" please call me, please ring the " patient's call bell " and I will be there immediately. Naomi, Vitas nurse replied back to me Ms. McBride and said thank you for all of your help, you are very " caring " and " professional " I said thank you and I will check with you even if you don't call me, Naomi said okay. I then left Mrs. Flack's room and continued my rounds with my other patients.

PAGE (2)

Diane McBride
Certified Nursing Assistant/Medical Assistant/Med Technician

**EXHIBIT B**

Park Summit states:  One of Ms. McBride's co-workers reported that she was threatened by Ms. McBride.  Eugenie Davis-Johns conducted an onsite investigation Ms. McBride refused to explain Her actions and provide a response.

In my defense: I Ms. McBride never threatened any of my co-workers at Park Summit at no time.  I never refused to participate in any investigations conducted by Eugenie Davis-Johns at Park Summit.  On Friday August 23, 2013 I arrived at my job for work, at 10:55p.m.  I arrived on the 3rd floor in the healthcare department at 11:00p.m., at the start of my shift which I worked that was 11:00p.m. to 7:00a.m.  I went into the nurse's lounge where the employee lockers were located.  I put my personal belongings down and opened my locker and began storing the items I brought with me inside.  I closed the locker and put my personal locks on it.  As I left the lockers area and looked up I seen "Sandy" whose real name is Phillipa Daniels the Human Resource Director at Park Summit, she tip toed softly into the area where I was as though she was sneaking in.  She approached me and said she would like to speak with me.  Phillipa Daniels told me Ms. McBride not to go anywhere wait and she she called a young lady over who said hi my name is Eugenie Davis-Johns the district H.R. Director of Park Summit.  I said hello in return she said I want to talk with you I said about what?  She said you filed a harassment charge "didn't you against Park Summit?  I was very respectful and polite and I said Eugenie I am not refusing to speak with you and Phillipa, but I don't feel comfortable without a counselor by my side as a witness on my behalf.  Then Eugenie Davis-Johns said I was being "indignant".  I said I am not being "indignant", Eugenie said you are.  I said I just politely told both of you that I am not refusing to speak with you but I don't feel comfortable without a counselor by my side as a witness on my behalf.  I also asked Eugenie and Phillipa will they be willing to speak with me on another day and time with a counselor by my side as a witness on my behalf and both of them said "no" we need to speak with you" right now" in a harassing manner without regards as to what I've just asked them.  I was not comfortable the environment was very hostile & intimidating from the both of them I felt stressed my head began to ache.  I said please excuse me and in this condition I began to do my work, I got linen out of the closet for my patients and I began setting up my patients rooms with diapers and cream for my 2-hour rounds for later.  Phillipa Daniels H.R. Director for Park Summit kept whispering something into Eugenie Davis-Johns ear as though she was telling her what to say and do to me Ms. McBride. I left my work area and I went into room 43 and start setting up this room for patient care with diapers & cream.  Phillipa Daniels and Eugenie Davis-Johns were searching the rooms for me calling out my name loudly.  I quietly said I am in room 43 because my patients were sleeping and I did not want to wake them.  I came to the door way of room 43 and Eugenie Davis-Johns told me that they will have to" suspend" me from my job because I won't speak with them and that I will have to leave the premises of Park Summit. I said I never refused to speak with them that I did not feel comfortable without a counselor by my side as a witness on my behalf. They told me to wait in the nurse's lounge and they came back to me as I waited with a paper entitled: Notification of Investigatory Suspension. I did not sign that document I did not agree with the false statement.

PAGE ( 3)

Diane McBride
Certified Nursing Assistant/Medical Assistant/Med Technician

EXHIBIT B (CONTINUED)

Eugenie Davis-Johns asked for my name tag. I did not have it with me I told her so. She said you can keep it no problem. Eugenie Davis-Johns said nice meeting you I said likewise. I politely said goodnight, clocked out at the time clock @ 12:04a.m. I asked security to walk with me outside because of the time it was very dark outside.  I left the premises of Park Summit.

EXHIBIT E and F

Park Summit states: Ms. McBride was hired as a per diem employee at Park Summit. Effective April 8, 2013 Ms. McBride went from per diem status to full time status, at which time she became eligible for benefits.

In my defense: I Ms. McBride on November 13, 2012, had an interview with Marie Brutus the D.O.N at Park Summit at 2p.m. She called me on November 12, 2012 on a Monday and set this time and date to come in for the interview with her. On my application I requested a full-time position not a per diem position. At that present time I was employed part-time at THC Nursing & Rehab Center located in Coconut Creek, Fla. I would never leave my part-time job ever for a per diem position, at another facility. During my interview with Marie Brutus D.O.N I asked did she have any full-time positions available at Park Summit she replied no, but I do have a part-time position for a Certified Nursing Assistant on the 11:00p.m. - 7a.m. shift she asked me would I accept a part-time CNA position I said yes. Marie Brutus said okay I am Offering you the part-time CNA position, your resume is "very impressive".  A per diem position was never mentioned to me at all if so I would not have accepted that offer. Marie Brutus had Human Resources to schedule me to go and take a Drug Test on Nov. 15, 2012 @ 10:30 p.m.  I went and took my drug test and passed it.  My Level II background screen check with ACHA  the Department of Health, for the State of Florida have me listed as eligible until the year "2015" In their data system. On November 25, 2012 I received a letter of employment copy signed by Steven Rule the executive director at Park Summit. This letter was issued to me during my orientation my start date which was November 28, 2012 my first day of work. I resigned from working with THC Nursing & Rehab afterwards and began working with Park Summit.

EXHIBIT F (CONTINUED)
Park Summit states: Ms. McBride's Essential Job Functions and Responsibilities are

*Supervise assist or provide Activities of Daily Living (ADL's)
*Resident call lights answer promptly appropriate responses to request are made
*Decisions are made that reflect both knowledge and good judgement
*Follow work schedules and complete assigned tasks according to policies and procedures of facility
*A positive working relationship with residents, visitors, and facility staff is demonstrated

PAGE (4)

Diane McBride
Certified Nursing Assistant/Medical Assistant/Med Technician

**EXHIBIT F (CONTINUED)**

*Authority is acknowledged and response to the direction of supervisor is appropriate
*Co-workers readily assisted as needed

In my defense: I Ms. McBride performed all of the essential job functions and responsibilities listed above in a satisfactory manner above and beyond according to all policies and procedures at Park Summit's facility. I always did my job with dignity and respect professionally with compassion and empathy for all at all times. My patients would tell me each night that I was the best, and they were happy and grateful that I was taking care of them, they always thanked me each night that I came to work, my patients always said that I was the only Certified Nursing Assistant that cared about their well-being in Park Summit's facility. I always worked as a team member ready to assist others in any way I could be of help. I was always reliable. Family members and visitors stated how caring & professional I am. I never did anything wrong that went against Park Summit's policies and procedures or rules and regulations. I always done my job in a professional manner and I represented Park Summit well in doing so.

**EXHIBIT G –D**

Park Summit states: June 12, 2013 Counseling Ms. McBride with Steven Rule and Marie Brutus

In my defense: I Ms. McBride never had a meeting on the above date with Steven Rule the executive director of Park Summit and Marie Brutus D.O.N. about Jackie Germaine and received counseling about. This is an untrue statement, coerced by them this meeting never took place or existed.

In my defense: on June 5, 2013 I Ms. McBride spoke with Marie Brutus D.O.N. my supervisor, I requested a meeting to be held with Marie Duval, Jackie Germaine, Debbie Ormos the Healthcare Administrator and Marie Brutus about Ms. McBride tired of being harassed, intimidated, bullied by the two CNA's listed above and ignored when I reported these incidents of harassment to her. I asked for this meeting to be held on June 12, 2013. A meeting was held on June 12, 2013 every one listed above attended. This meeting was about Marie Brutus(Haitian) my immediate supervisor ignoring me when I reported every incident of harassment to her that I endured from Marie Duval (Haitian) and Jackie Germaine(Haitian) two CNA's who worked the 3-11:00pm shift, who constantly harassed me. I was ready to quit my job working at this facility the environment was very hostile and intimidating each day I came to work. I felt I had no peace on my job and I wanted the harassment to stop. I made it clear that I wanted peace on my job continuously. I spoke about how Jackie Germaine blocked the elevator one night when I arrived at work and "shoved herself" into me when I tried to walk around her coming out of the elevator, about both CNA's calling me degrading names against my nat'l origin

PAGE (5)

After this meeting took place a week later the harassment began again by Marie Duval and Jackie Germaine.

In my defense: I spoke with Steven Rule the executive director at this time about the continued harassment and about the dirty gloves left on the floor with used paper towels; urine &feces left in the bed- pans; toilet; and colostomy bags left full of bowel movement he made" excuses" for them and act as though what I just told him meant nothing. He said to me Ms. McBride that Marie Duval & Jackie Germaine are" good workers" and that Marie Brutus my immediate supervisor called me Ms. McBride a "snitch". I told him that she gave me an order to tell her about everything I see wrong that 3-11p.m. shift left undone, but she did not tell them the truth about it because I heard Duval & Germaine talking saying she did not tell them that. I said Marie Brutus has created a hostile environment with intimidation and lots of stress for me Ms. McBride here at Park Summit. I told Steven Rule that Marie Brutus show favoritism towards Marie Duval & Jackie Germaine he just" laugh" at me and said he "doubt" it. I could not believe the response he replied back to me. I also said to Steven Rule that I told Marie Brutus D.O.N. my supervisor the same information I just told him. Actually I was crushed when he said that to me and about his reactions not one time did he say I will speak with them or call another meeting to address this. Immediately I lost all confidence in speaking with him. He made no efforts in resolving this harassment imposed upon me Ms. McBride. Steven Rule never called a meeting with anyone concerning this matter. The harassment continued and I was very stressed I did not want to come to work each day in this hostile, intimidating, environment I had constant headaches & stomach discomfort. I did not know who to trust after I spoke with Steven Rule. I felt all alone with no-one to help me with this big problem. I could not afford to leave my job I had bills to pay.

EXHIBIT H

Park Summit states: Counseling with Lucy the 3-11pm charge shift nurse about vitas visiting nurse

In my defense: I Ms. McBride never set down with or had counseling with Lucy the 3-11pm shift charge nurse about the Vitas nurse visiting Park Summit for crisis continuous care for my patient at the time Mrs. Flack. This statement is untrue never happened or existed.

EXHIBIT G-E

Park Summit states: Written Warning July 10, 2013/ That Vitas hospice nurse Noamie Dauphine (Haitian) complained to them on July 2, 2013 about Ms. McBride refused to help with a patient on hospice care. Ms. McBride said to this nurse "don't you get paid to do her? Ms. McBride said when I work by myself no one helps me. Ms. McBride further told the visiting nurse that she is responsible. Ms. McBride still refused saying no, no, no, it is your responsibility.

In my defense: I Ms. McBride never refused to help Naomie Dauphine the visiting Vitas hospice nurse with the care of Mrs. Flack. In my defense: I Ms. McBride never told Vitas nurse "don't you get paid to do her? In my defense: I Ms. McBride never said to the Vitas nurse "when I work by myself no one

PAGE (6)

helps me. In my defense I Ms. McBride never told the Vitas nurse that "she is responsible " for my patient Mrs. Flack's care. In my defense: I Ms. McBride never refused at no time in helping the Vitas nurse saying no, no, no, it is your responsibility. All of these statements mentioned above are false, untrue and I never said any of them to the visiting Vitas nurse Naomie Dauphine. In my defense: I Ms. McBride have never been insubordinate with any nurse that visited Park Summit's facility whether they came from Vitas or any other entity. I have never been insubordinate with any nurse that works for Park Summit's facility while I was working there as a Certified Nursing Assistant. I was always helpful and respectful to everyone and I was highly praised for being so professional by patient family members, visitors, and my patients. On July 2, 2013 I had no problems with the Vitas this hospice nurse Naomie Dauphine.

In my defense: I Ms. McBride on July 4, 2013 when I was making my rounds checking on each one of my patients individually and I went to Mrs. Flack's room I over- heard a conversation between Naomie Dauphine and Lucy the 3-11p.m. nurse, this Vitas nurse was saying nasty things to Lucy about me Ms. McBride. Naomie said to Lucy the nurse " Diane" the CNA who has this patient thinks she knows everything, I don't like her, Marie & Jackie the two CNA's on your shift told me they don't like her either, they say they harass her every chance they get, I am going to stop being nice to her too. Lucy replied nobody likes her around here she is too professional and goes by the book on everything she does. Then I walked into the room and Lucy said Naomie just told me you would not help her with Mrs. Flack and I replied that is not true I always help her each night and I don't appreciate her lying on me. Lucy said "oh well" and walked out of Mrs. Flack's room back to the nurse's station. I asked Noamie why would she lie on me and she didn't say anything, she ignored me. I told her that I heard their conversation and that I don't appreciate her talking about me behind my back and causing problems on my job. I told her I don't care who don't like me I come here to do my job help my patients in any way that I can and I respect everybody here in this facility and whoever come as a visitor here. Naomie Dauphine was very nasty to me and she had a nasty attitude towards me Ms. McBride all night. I knew she was definitely trying to cause problems for me on my job so I decided to write a letter to the Administration at Park Summit dated July 4, 2013 to Steven Rule the executive director, Debbie Ormos the Healthcare Administrator, and Marie Brutus the Director of Nurse my immediate supervisor. On this particular letter I did not go into full detail about what took place in Mrs. Flack's room. I thought this administration was going to speak with me Ms. McBride and find out from me all of what took place on the above date. I heard nothing back from this administration, until July 10, 2013 when I was called into the office by Debbie Ormas & Marie Brutus with a disciplinary action written against me for" insubordination" for refusing to help a Vitas hospice nurse when she asked for assistance, Marie Brutus told me that she was tired of hearing my name come up around here and she was sick of it. I Ms. McBride was not given a chance to tell them what actually happened and what was said by Naomie the Vitas nurse and Lucy the 3-11p.m. in that conversation. Marie Brutus had already made her decision without hearing further from me Ms. McBride and I felt this was pretexual about her showing favoritism for this Haitian nurse.

EXHIBIT G-E (CONTINUED)

Park Summits states: Meriline Merilien (Haitian) CNA reported that she went to answer a patient's call-light Ms. McBride said she needed to keep the light going and to "go back to school" if you don't know. Ms. McBride said do-not come to my side of the hall.

PAGE (7)

In my defense: I Ms. McBride never seen Meriline Merilien come in the area where I work and answer a call-light at no time. I never told Meriline Merilien that I needed to keep the light going and to go back to to shool if you don't know at no time. I never told Meriline Merilien do not come to my side of the hall at no time. This never took place or existed. All of these statements are untrue false. I have always answered all of my call lights on time and without anyone needing to help me in doing so. Another lie coerced by her without merit.

Page (8)

Diane McBride
Certified Nursing Assistant/Medical Assistant/Med Tech
Exhibit E-F

Examples of Complaints About Ms. McBride

Park Summit states: Vincente Garcia said, a janitor - Ms. McBride intimidated him. Ms. McBride said God knows what you did and He will take care of you. Ms. McBride said you know what you did.

In My Defense: I Ms. McBride never intimidated Vincente Garcia at no time. I never made no statements to Vincente Garcia or comments to him about anything. The above statements are untrue false. Sounds like he feels guilty about something. I don't even know him He did not work on my shift 11pm - 7am.

In My Defense: I Ms. McBride was, Approximate on June 7, 2013 making my mid night rounds during those rounds when I got to Mrs. Flack's room and I started to change her dirty diaper I found a name tag stuck to the left cheek of her buttocks pressed into her skin with the name Vincente Garcia engraved on it. I did not remove this name tag from her skin

Pg. (9)

Exhibit E-F (CONTINUED)

Diane McBride
Certified Nursing Assistant / Med. Asst / Med Tech

I left it there on her buttocks. I immediately went to the Nurse's station and told the Charge Nurse who was Marie Lamothe (Haitian) LPN to come with me to Room 43- Bed 2 I wanted her to see what I saw inside Mrs. Flacks diaper. Marie Lamothe the Charge Nurse walked back with me to Rm 43- we went to Bed-2 Mrs. Flacks Bed and we turned Mrs. Flack over on her right side and opened the left side of her diaper, Marie L. saw the name tag pressed into Mrs. Flack's buttocks; Marie removed the name tag and we both seen a red squared indention mark the size of the name tag left in Mrs. Flack's skin on her left buttocks cheek. I asked Marie Lamothe the Charge Nurse who is Vincente Garcia and she said he is the Janitor who works on the 3-11pm shift. I said How did his name tag get inside her diaper, Marie L. said I like to know how it got there too and what was he doing with Mrs. Flack's diaper in the first place. Marie said she was going to report this to the Administrator (HCA) Debbie

PAGE (10)

Diane McBride
Certified Nursing Assistant/Medical Assistant/Med Tech
Exhibit E-F (continued)

Ormos and Marie Brutus the D.O.N. and that they should speak to him about what we seen inside Mrs. Flack's diaper. None of the Administration spoke with me Ms. McBride, with any concern about this matter. I do not know whether Marie Lamothe the Charge Nurse 11-7am reported this incident or not. I never mentioned nothing to Vincente Garcia about what we saw inside Mrs. Flack's diaper. I never heard nothing else about this incident from the Charge Nurse Marie Lamothe.

Exhibit E-F (continued)

Park Summit states: Ms. Lamothe said Ms. McBride did not let her know that a patient needed pain medication.

In My Defense: I Ms. McBride always let Marie Lamothe and all other nurses at Park Summit know when a patient requests pain meds. Please read the documentation copy attached.

PAGE (11)

Diane McBride Certified Nursing Assistant/ Medical Assistant/ Med Tech

Exhibit E-F (Continued)

Park Summit States: Ms. McBride was contacted by Debbie Ormos (HCA) to set-up a meeting to discuss concerns. Aug 2013

In My Defense: I Ms. McBride never recieved no phone calls from Debbie Ormos at no time. If so I would have immediately called her back. I did have problems with my phone.

Park Summit states: Eugenie Davis-Johns tried to contact me Ms. McBride Aug 2013. Also stated I responded by saying "You left messages asking me to call you, but I don't want to talk to you. You can talk to my attorney."

In My Defense: I Ms. McBride never recieved no phones calls from Ms. Johns at no time. See Exhibit B documented statement. If so I would have called her back immediately I did have problems with my phone. I never made no statements

Diane McBride
Certified Nursing Assistant/Medical Assistant/Med Tech
Exhibit E-F (Continued) Exhibit N

Saying I don't want to talk to you, you left messages for me to call you, But I don't want to speak to you. You can talk to my attorney. I Ms. McBride never made the above statements. See Exhibit B.

Exhibit N

Park Summit States: Ms. McBride Refused to Leave the Supply Room Stated Jennifer Marks 3-11pm Nurse. Aug 13, 2013.

In My Defense: I Ms. McBride Did Not Refuse to Leave the Supply Room While Collecting Supplies to Clean Several Patients Bottoms that were Soaked with Urine and Feces when I Arrived on my Shift Aug. 13, 2013. See Attached Documented Copy. Jennifer Never Called out my Name She was Very Rude to Me Ms. McBride.

Park Summit States: Exhibit I Steven Rule Sent A Letter to me Ms. McBride. TURN OVER →

Page (13)

Diane McBride
Certified Nursing Asst/Med Asst/Med Tech
Exhibit I (Continued)

In my Defense: I Ms. McBride never recieved a letter from Steven Rule on Sept 2013. See Documented copy attached.

In Conclusion: I Ms. Diane McBride have always been a, I loyal employee at Park Summit Assisted Living and Healthcare Facility. I always did my work in a professional manner with respect for all.

The following Documented copies of incidents are attached:

- 1-page 1. Introductory Performance Appraisal
- 1-page 2. Certificate of Appreciation
- 2-pages 3. About Marie Brutus D.O.N.
- 2-pages 4. Harrassment by Marie Duval to Jackie Germaine
- 4-pages 5. Charge Nurse Marie Lamothe 11-7a Shift
- 3-pages 6. Jennifer Mark 3-11pm Nurse
- 1-page 7. Lucy Charge Nurse 3-11pm
- 4-pages 8. Alena Grant CNA
- 3-pages 9. Sept. 25, 2013 meeting with Steven Rule, Eugenie-Davis Joltus, Phillipa "Sandy" Daniels
- 10. Pages of Exhibits (9), (10), (11), (12), (13) Documented copies —> pages